UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cr-336-MOC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| SHANEEKA CURRY WILSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant Shaneeka Curry Wilson's pro se motion for sentence reduction under 18 U.S.C. § 3582(c)(1)(A). (Doc. Nos. 33, 34).

**ORDER**

**IT IS, THEREFORE, ORDERED** that within 30 days the Government shall file a response to Defendant's motion.

Signed: March 26, 2024

Max O. Cogburn Jr
United States District Judge

1